USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                      :

DAWN QUAKER,                                   :

                           Plaintiff,       :

                                                        :                         21-CV-6643 (VEC)

                -against-                     :

                                                        :                          <u>ORDER</u>

                                                        :

UNITED STATES DEPARTMENT OF VETERANS   :
AFFAIRS,                                                   :
                                      Defendant.   :

                                                        :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on April 28, 2021, Plaintiff, proceeding *pro se*, filed this action in the Supreme Court of New York, New York Country, Compl., Dkt. 1-1;

       WHEREAS on August 6, 2021, the United States Department of Veterans Affairs removed this action to federal court, Not. of Removal, Dkt. 1;

       WHEREAS on August 10, 2021, the Court ordered Plaintiff to show cause, by filing a written declaration no later than September 9, 2021, why this action should not be dismissed without prejudice as frivolous, Dkt. 6;

       WHEREAS the Court informed Plaintiff that if she did not file a declaration by the deadline, then the complaint would be dismissed without prejudice as frivolous, *id.*;

       WHEREAS the deadline has elapsed, and Plaintiff has not filed a declaration or any other document in this matter;

       IT IS HEREBY ORDERED that for the reasons stated in the Court's prior order, *see* Dkt. 6, this case is dismissed without prejudice as frivolous.

       IT IS FURTHER ORDERED that the Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis*

status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is respectfully directed to close this case.  The Clerk is further directed to mail a copy of this Order to Plaintiff and to note the mailing on the docket.

**SO ORDERED.**

Date:  **September 27, 2021**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**